IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Douglas, Kathleen Marie | Case Number: 04 B 03065 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 9/23/08 | Filed: 1/27/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: August 28, 2008
Confirmed: March 11, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 35,188.48 |  |
| Secured: |  | 24,184.72 |
| Unsecured: |  | 6,084.87 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 1,860.41 |
| Other Funds: |  | 358.48 |
| Totals: | 35,188.48 | 35,188.48 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Miller Kia, Inc | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Financial | Secured | 24,184.72 | 24,184.72 |
| 4. | B-Line LLC | Unsecured | 103.96 | 749.31 |
| 5. | Portfolio Recovery Associates | Unsecured | 107.64 | 775.90 |
| 6. | Sterling Bank & Trust | Unsecured | 10.21 | 73.62 |
| 7. | Arrow Financial Services | Unsecured | 67.05 | 483.28 |
| 8. | RJM Acquisitions LLC | Unsecured | 22.72 | 163.75 |
| 9. | Wells Fargo Financial | Unsecured | 500.60 | 3,608.34 |
| 10. | Check N Go | Unsecured | 32.00 | 230.67 |
| 11. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 12. | Cross Country Bank | Unsecured | | No Claim Filed |
| 13. | Assoc St James Radiologists | Unsecured | | No Claim Filed |
| 14. | Advocate South Suburban Hosp | Unsecured | | No Claim Filed |
| 15. | Capital One | Unsecured | | No Claim Filed |
| 16. | First Premier | Unsecured | | No Claim Filed |
| 17. | TRS Services | Unsecured | | No Claim Filed |
| 18. | Pay Day Loans | Unsecured | | No Claim Filed |
| 19. | Midwest Diangnostic | Unsecured | | No Claim Filed |
| 20. | St James Hospital | Unsecured | | No Claim Filed |
| 21. | Wal Mart Stores | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 27,728.90 | $ 32,969.59 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Douglas, Kathleen Marie

Printed: 9/23/08

Case Number: 04 B 03065
Judge: Wedoff, Eugene R
Filed: 1/27/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 149.44 |
| 4% | 95.29 |
| 6.5% | 334.99 |
| 3% | 53.60 |
| 5.5% | 327.57 |
| 5% | 104.22 |
| 4.8% | 171.52 |
| 5.4% | 623.78 |
|  | _____ |
|  | $ 1,860.41 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

